ELIZA C. PARDINGTON, Appellant, *v.* ABRAHAM ABRAHAM et al.,
Respondents.

*Pardington* v. *Abraham*, 93 App. Div. 359, affirmed.
(Argued December 5, 1905; decided January 9, 1906.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
April 29, 1904, which reversed a judgment in favor of plain-
tiff entered upon a verdict and an order denying a motion for
a new trial and granted a new trial.

*George G. Reynolds* and *F. Reynolds* for appellant.

*George Gordon Battle* and *Frederick E. Fishel* for
respondents.

Order affirmed and judgment absolute order for defendants
on the stipulation, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, HAIGHT and
WERNER, JJ. Dissenting: BARTLETT and VANN, JJ.

---

MUTUAL LOAN ASSOCIATION, Respondent, *v.* JOSEPH S. LESSER
et al., Appellants.

SAME, Respondent, *v.* SAME, Appellants.

*Mutual Loan Association* v. *Lesser*, 94 App. Div. 619, affirmed.
(Argued December 5, 1905; decided January 9, 1906.)

APPEALS from judgments of the Appellate Division of the
Supreme Court in the first judicial department, entered
May 16, 1904, affirming judgments in favor of plaintiff
entered upon verdicts and orders denying motions for new
trials.

*Edward W. S. Johnston, Arthur Furber* and *Abraham
A. Joseph* for appellants.

*Franklin Pierce* for respondent.

Judgments affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, VANN and WERNER, JJ.